ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Anna Alonso-De Luna

Defendant.

Case No. 15cr2832-BAS

JUDGMENT OF DISMISSAL

FILED
17 JAN 25 AM 8:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the Government for dismissal, with prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/24/2017

Hon. Jan M. Adler
United States Magistrate Judge